IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
OCT 29 2009
CHRIS R. JOHNSON, CLERK
BY _____ DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>Plaintiff )<br>)<br>v. )<br>)<br>)<br>JOSE "MANUEL" AMADOR-VILLANUEVA )<br>Defendant ) | No. 2:09-20061-001 |

## PRELIMINARY ORDER OF FORFEITURE

In the forfeiture allegation of the Information, the United States seeks forfeiture of property of the defendant pursuant to 18 U.S.C. § 982 as property constituting, or derived from, proceeds of the offenses alleged in the Information. The United States also seeks the forfeiture of property of the defendant pursuant to 18 U.S.C. § 982(b)(1), incorporating by reference 21 U.S.C. § 853(p), as substitute assets of the proceeds of the offenses alleged in the Information.

On October 29, 2009, the defendant, Jose "Manuel" Amador-Villanueva, plead guilty to an Information charging, Harboring an Illegal Alien. Pursuant to a plea agreement entered into by the parties, the defendant has agreed to forfeit any and all interest he has in the property listed in the forfeiture count of the Information. The forfeiture allegation of the Information is identical. The property consists of the following:

a. Three thousand, nine hundred ninety-four dollars and forty-eight cents ($3,994.48) in U.S. currency seized from Citizens Bank and Trust Company Account # 50713XXXX;

b. Twelve thousand, three hundred forty dollars and seventy-eight cents ($12,340.78) in U.S. currency seized from Arvest bank Account # 3927XXXX;

c. Thirty-seven thousand, seven hundred forty-six dollars and fifty-six cents ($37,746.56) in U.S. currency seized from OK Industries;

d. Nineteen thousand, nine hundred thirteen dollars and forty-one cents ($19,913.41) in U.S. currency seized from OK Industries;

e. One 2004 Hummer H2, V-8, Black in color, VIN 5GRGN23U94H105037;

f. Five Moffett Forklifts, Model M5000 LP, VIN's B49043, F020369, C13033, G500109, B06033;

g. One Bright Forklift, Model BT350P, VIN 106007M4;

h. All real estate, together with buildings, appurtenances, improvements, fixtures, attachments and easements, on the following tracts of real estate:

**Tract One:** Premises known as 1330 Sharp Chapel Road, Alma, Arkansas, with the following legal description:

> Part of the Southwest quarter northwest quarter of Section 11, Township 9 North, Range 30 West, Crawford County, Arkansas more particularly described as follows: Beginning at the Southwest corner of said Southwest quarter Northwest quarter; Thence north 00 degrees 23 minutes east, along the West line of said forty, 348.5 feet to the point of beginning; thence continue North 00 degrees 23 minutes East, along said West line 304.8 feet; thence South 89 degree 44 minutes East 375.00 feet; thence South 00 degreees 23 minutes West 304.8 feet; thence North 89 degrees 44 West 375.00 feet to the point of beginning containing 2.62 acres more or less. Subject to existing county road rights of way.

**Tract Two:** Premises known as 2504 Highway 64 East, Clarksville, Arkansas, with the following legal description:

> Part of the Northeast Quarter of the Southeast Quarter of Section 3, Township 9 North, Range 23 West, in the City of Lamar, in Johnson County, Arkansas, being more particularly described as follows: Commencing at a found set stone for the NE Corner of said NE ¼ SE/4; thence along the East line thereof, South 01 degree 12 minutes 45 seconds West, 527.35 feet to a point on the approximate North right of way line of Highway #64; thence along said right of way line, North 46 degrees 56 minutes 06 seconds West, 395.51 feet to the True Point of Beginning and from which pint a set iron pin bears North 68 degrees 22 minutes 13 seconds

> East, 0.68 feet; thence continue North 46 degrees 56 minutes 06
> seconds West, 70.99 feet to a set iron pin; thence leaving the right
> of way, North 68 degrees 20 minutes 20 seconds East, 170.57 feet
> to a set iron pin; thence South 21 degrees 38 minutes 35 seconds
> East, 64.27 feet to a set iron pin; thence South 68 degrees 22
> minutes 13 seconds West, 140.24 feet to the Point of Beginning.

**Tract Three:** Premises known as 1009 West Main Street, Atkins, Arkansas, with the following legal description:

> The West Half (W ½) of the following described property: Part of
> the Southwest Quarter of the Northeast Quarter (SW ¼ NE ¼) of
> Section Nineteen (19), Township Seven (7) North, Range Eighteen
> (18) West, Pope County, Arkansas, described as follows:
> Beginning at a point 438.6 feet West and 88 feet South of the
> Northeast corner of said SW ¼ of the NE ¼ of Section 19, run
> thence in a Northwesterly direction along the South line of
> Highway 64 as now located 250 feet; Thence directly South to the
> North line to the Missouri Pacific Railroad right of way; Thence
> East to a point on the said railroad right of way directly South of
> the Point of Beginning; Thence North 240 feet, more or less, to the
> Point of Beginning.

**Tract Four:** Premises known as 7341 US Highway 183 North, Gonzales, Texas, with all appurtenances and improvements thereon, more particularly described as follows:

> > Being all that certain lot or parcel of land, lying and
> > being situated in Gonzales County, Texas, being
> > 1.18 acres of land, more or less, a part of the Adam
> > Zumwalt League, Abstract No. 84, and being more
> > particularly described in the Gonzales County,
> > Texas land records by Warranty Deed filed of
> > record in Vol. 1001, pages 366-370.

By virtue of said guilty plea, the United States is entitled to possession of the above-listed property pursuant to 18 U.S.C. § 982, and Rule 32.2(b) of the Federal Rules of Criminal Procedure.

Accordingly, it is hereby ORDERED, DECREED AND ADJUDGED:

1. That based upon the guilty plea of the defendant, Jose "Manuel" Amador-Villanueva, to Harboring Illegal Aliens and the forfeiture allegation, the United States is hereby authorized to seize the personal property described as:

   a. Three thousand, nine hundred ninety-four dollars and forty-eight cents ($3,994.48) in U.S. currency seized from Citizens Bank and Trust Company Account # 50713XXXX;

   b. Twelve thousand, three hundred forty dollars and seventy-eight cents ($12,340.78) in U.S. currency seized from Arvest bank Account # 3927XXXX;

   c. Thirty-seven thousand, seven hundred forty-six dollars and fifty-six cents ($37,746.56) in U.S. currency seized from OK Industries;

   d. Nineteen thousand, nine hundred thirteen dollars and forty-one cents ($19,913.41) in U.S. currency seized from OK Industries;

   e. One 2004 Hummer H2, V-8, Black in color, VIN 5GRGN23U94H105037;

   f. Five Moffett Forklifts, Model M5000 LP, VIN's B49043, F020369, C13033, G500109, B06033;

   g. One Bright Forklift, Model BT350P, VIN 106007M4;

   h. All real estate, together with buildings, appurtenances, improvements, fixtures, attachments and easements, on the following tracts of real estate:

2. That based upon the guilty plea of the defendant, the United States is hereby authorized to seize the following parcels of real estate, together with buildings, appurtenances, improvements, fixtures, attachments and easements on said parcels:

   **Tract One:** Premises known as 1330 Sharp Chapel Road, Alma, Arkansas, with the following legal description:

> Part of the Southwest quarter northwest quarter of Section 11, Township 9 North, Range 30 West, Crawford County, Arkansas more particularly described as follows: Beginning at the Southwest corner of said Southwest quarter Northwest quarter; Thence north 00 degrees 23 minutes east, along the West line of said forty, 348.5 feet to the point of beginning; thence continue North 00 degrees 23 minutes East, along said West line 304.8 feet; thence South 89 degree 44 minutes East 375.00 feet; thence South 00 degreees 23 minutes West 304.8 feet; thence North 89 degrees 44 West 375.00 feet to the point of beginning containing 2.62 acres more or less. Subject to existing county road rights of way.

**Tract Two:** Premises known as 2504 Highway 64 East, Clarksville, Arkansas, with the following legal description:

> Part of the Northeast Quarter of the Southeast Quarter of Section 3, Township 9 North, Range 23 West, in the City of Lamar, in Johnson County, Arkansas, being more particularly described as follows: Commencing at a found set stone for the NE Corner of said NE ¼ SE/4; thence along the East line thereof, South 01 degree 12 minutes 45 seconds West, 527.35 feet to a point on the approximate North right of way line of Highway #64; thence along said right of way line, North 46 degrees 56 minutes 06 seconds West, 395.51 feet to the True Point of Beginning and from which pint a set iron pin bears North 68 degrees 22 minutes 13 seconds East, 0.68 feet; thence continue North 46 degrees 56 minutes 06 seconds West, 70.99 feet to a set iron pin; thence leaving the right of way, North 68 degrees 20 minutes 20 seconds East, 170.57 feet to a set iron pin; thence South 21 degrees 38 minutes 35 seconds East, 64.27 feet to a set iron pin; thence South 68 degrees 22 minutes 13 seconds West, 140.24 feet to the Point of Beginning.

**Tract Three:** Premises known as 1009 West Main Street, Atkins, Arkansas, with the following legal description:

> The West Half (W ½) of the following described property: Part of the Southwest Quarter of the Northeast Quarter (SW ¼ NE ¼) of Section Nineteen (19), Township Seven (7) North, Range Eighteen (18) West, Pope County, Arkansas, described as follows: Beginning at a point 438.6 feet West and 88 feet South of the Northeast corner of said SW ¼ of the NE ¼ of Section 19, run thence in a Northwesterly direction along the South line of Highway 64 as now located 250 feet; Thence directly South to the North line to the Missouri Pacific Railroad right of way; Thence East to a point on the said railroad right of way directly South of

the Point of Beginning; Thence North 240 feet, more or less, to the Point of Beginning.

**Tract Four:** Premises known as 7341 US Highway 183 North, Gonzales, Texas, with all appurtenances and improvements thereon, more particularly described as follows:

Being all that certain lot or parcel of land, lying and being situated in Gonzales County, Texas, being 1.18 acres of land, more or less, a part of the Adam Zumwalt League, Abstract No. 84, and being more particularly described in the Gonzales County, Texas land records by Warranty Deed filed of record in Vol. 1001, pages 366-370.

3. The United States shall publish notice of this order pursuant to 18 U.S.C. § 982 (b)(1), incorporating by reference 21 U.S.C. § 853 (n)(1).

4. That upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture pursuant to Federal Rule of Criminal Procedure 32.2(c); 18 U.S.C. § 982 (b)(1), incorporating by reference 21 U.S.C. § 853 (n), in which all interests will be addressed.

5. If any of the property, real or personal, as a result of any act or omission of the defendants:

    a)     cannot be located upon the exercise of due diligence;

    b)     has been transferred to, or deposited with a third party;

    c)     has been placed beyond the jurisdiction of the Court;

then any other property of any of the defendants up to the value of the total amount of forfeited property shall be forfeited to the United States as substitute assets pursuant to 18 U.S.C. § 982 (b)(1), incorporating by reference 21 U.S.C. § 853 (p).

IT IS SO ORDERED this 29th day of October, 2009

_____
HONORABLE ROBERT T. DAWSON
UNITED STATES DISTRICT JUDGE


Acknowledged and agreed to by:

_____
Marc David Seitles, Attorney for Jose "Manuel" Amador-Villanueva