```
         IN THE UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF ARKANSAS
                 FORT SMITH DIVISION
```

UNITED STATES OF AMERICA                      PLAINTIFF/RESPONDENT

    v.                    No. 2:10CV2141
                          No. 2:09CR20061

JOSE MANUEL AMADOR-VILLANUEVA                 DEFENDANT/PETITIONER

## ORDER

Now on this 10th day of January 2011, there comes on for consideration the report and recommendation filed herein on December 20, 2010, by the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas. (Doc. 43). No objections were filed to the report and recommendation.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, the 28 U.S.C. § 2255 motion (Doc. 35) is DENIED and DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

                                          /s/ Robert T. Dawson
                                          Honorable Robert T. Dawson
                                          United States District Judge